**Property Presentation For:**

# 4922 7th St NW, Washington DC



**Presented By:**

MARCK Properties Group
10125 Colesville Rd #309
Silver Spring, MD 20901
(301)785-3681
(202)340-3353



Plaintiff's Exhibit
Top Sure v. Marck Properties, et al.
**1**

# Executive Summary

Welcome to the Nation's Capitol.

This is an investor's opportunity to join in on the rapidly changing and accelerating, Petworth, specifically, and DC in general, Real Estate market. As well as, an opportunity to become part of multiple planned projects of MARCK Properties Group.

This property is located on 7th Street NW in a desirable neighborhood of Petworth. The property is in need of extensive repairs to complete the transformation. However, a review of the changing environment, shows the investment is well worth it. The recent influx of young professionals to the area has seen dramatic effects on the Real Estate. For instance, the most recent listing just a block away shows a dramatic improvement from a consistent 7%-8% appreciation, jumping to over 110%.

The home is being purchased for $360,000. There are 4 bedrooms and 2 bathrooms. Our renovation has planned, increasing the number of baths to a more competitive 3.5. The layout of the house will be designed to appeal to the changing home buyer: The young professional. The off street parking in the rear ally is a feature, but so too is the proximity to Metro.

The home was built in 1925 and has 1,364 square feet of living space. The almost maintenance free lot is 1350 square feet. All very appealing features to today's young professional.

The kitchen bathrooms and bedrooms will be completely remodeled. We will open up the entire first floor, to give it a more 'entertaining' look to add flow to back; where the kitchen will be; and an entrance to a deck, or the stairs to the off street parking.

There will be new flooring installed throughout the home. An 'exposed brick' accent wall is also in the plans. Additions of items such as walk in closets to appeal to the changing demographics.

The rehab budget for this home is $98,964.
The ARV (After Repair Value) of this home is $600,000.
(REFERENCE: 4102 5th Street)
The projected profit, even with this conservative approach is about $   (%). The anticipated days on the market for this home is around 30-45 days.

We are looking for investors who want to invest in our company as well as this individual project. We have plans for multiple projects, here in the hotbed of DC, but, also other markets where the competition isn't so keen. We are already involved in acquiring another property, nearby, that looks to have even more potential. This could evolve into an opportunity to get involved in multiple money making projects.

Contact information is provided for interested parties.

This property is being offered by MARCK Properties Group.

## PROPERTY PICTURES



Front of House



Rear of House



Rear Basement Entrance



Off street parking



**Front Entrance**



**Half Bath**



**Dining Room**



**Kitchen**

4619 Georgia Ave, NW, Washington DC 20011

| MARCK PROPERTIES GROUP | |
|---|---|
| Construction Repair budget for | |
| 4922 7th Street NW, Washington, DC 20011 | |
| DC permits | 2500.00 |
| Appliances | 3490.00 |
| Kitchen | 9575.00 |
| Doors-Interior (15) | 3375.00 |
| Doors-exterior | 930.00 |
| Doors-exterior` | 1260.00 |
| Patio Door | 860.00 |
| Baseboard | 1105.50 |
| Crown molding | 1377.00 |
| Paint-Interior | 3660.00 |
| Paint-interior | 3360.00 |
| Paint~exterior | 3200.00 |
| 3.5 bathrooms | 5810.00 |
| | 5580.00 |
| | 5310.00 |
| | 2976.00 (1/2) |
| Point-up | 2900.00 |
| Hardwood floors | 8100.00 |
| Install tray ceiling in LR | 1800.00 |
| Electrical | 1800.00 |
| Recessed lights | 5425.00 |
| Ceiling fans | 370.00 |

| MARCK PROPERTIES GROUP ||
|---|---|
| Construction Repair budget for ||
| 4922 7th Street NW, Washington, DC 20011 ||
| Deck | 7000.00 |
| Off street parking area (rear) | 3500.00 |
| Privacy fence (rear) | 700.00 |
| Landscaping | 1000.00 |
| HVAC~ A/C; Furnace | 6800.00 |
| Roof | 1100.00 |
| Demo / dumpster fees / final clean | 600.00 |
| Cover Front Porch | 3500.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total Repair Costs** | **$98,963.00** |

q

| Profit Breakdown | |
|---|---|
| After Repair Value | $625,000.00 |
| Purchase Price | $360,323.00 |
| Repairs | $ 98,964.00 |
| Closing Costs and Real Estate Commissions | $ 64,000.00 |
| | |
| PROJECTED PROFIT | $102260 |
| | |
| | |

## SOLD COMPARABLE PROPERTIES

| 4834 7th St. NW Washington, DC ||
|---|---|
| SOLD PRICE: $599,000 ||
| Bed: 4 | Baths: 3.5 |
| Sq. Ft.: 1420 | Lot: 1584 |
| DOM: 16 | COE: 5/16/2013 |
| Next block ||



| **4102 5th St. NW** Washington, DC ||
|---|---|
| SOLD PRICE: $639,900 ||
| Bed: 3 | Baths: 2.5 |
| Sq. Ft.: 1,360 | Lot: 1600 sq ft |
| DOM: -32 | COE: 05/22/13 |
| .08 miles SOLD PRICE: $639,900 ||



## SOLD COMPARABLE PROPERTIES

| Address 4111 7th NW Washington, DC | |
|---|---|
| SOLD PRICE: $689,000 | |
| Bed: 3 | Baths: 3.5 |
| Sq. Ft.: 1360 | Lot: |
| DOM: 10 | COE: 6/5/2013 |
| Details .06 mi. | |



| Address 4505 Arkansas Ave. NW Washington, DC | |
|---|---|
| SOLD PRICE: $625,000 | |
| Bed: 4 | Baths: 3.5 |
| Sq. Ft.: 1368 | Lot: 2390 |
| DOM: 29 | COE: 6/26/2013 |
| Details .04mi | |



# AGREEMENT